# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00095-CV

---

**James P. Foster, Randi L. Foster, and Coast Range Investments, LLC, Appellants**

**v.**

**John Landwehr and Kristin Landwehr, Appellees**

---

### FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### NO. 608-335, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants James P. Foster and Randi L. Foster have notified this Court that they have filed for bankruptcy protection (United States Bankruptcy Court, D. Wyo., Case No. 20-20031). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *See id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of this appeal for want of prosecution. *See id.* R. 42.3(b).

Before Justices Goodwin, Baker, and Triana

Bankruptcy

Filed: January 13, 2021